IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALLEY MEDIA, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-198-JJF |
| | : |
| RITE AID CORPORATION, | : |
| | : |
| Defendant. | : |

**ORDER**

WHEREAS, by letter dated May 3, 2004 (D.I. 6), parties notified the Court that the above-captioned matter has been settled and pending approval by the Bankruptcy Court;

WHEREAS, this matter has been pending with no activity for over ten (10) months;

NOW THEREFORE, IT IS HEREBY ORDERED that this action is **DISMISSED**. However, the Court will retain jurisdiction to vacate this Order and to reopen this action upon an application by any party showing that settlement has not been completed or that further litigation is necessary. Said application shall be made no later than twenty (20) days from the date of this Order.

　March 11, 2005　　　　　　　　　　　　　　/s/ Joseph J. Farnan
　　　DATE　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE